**Carlos BLUE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**ED 103686**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: November 29, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
January 19, 2017

Muhlenkamp & Bernsen Attorneys at Law, L.L.C., St. Louis, MO, for appellant.

Assistant Attorney General, Jefferson City, MO, for respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

ORDER

PER CURIAM.

Carlos Blue ("Movant") appeals from the denial of his Rule 29.15 post-conviction relief motion. We affirm.

The judgment of the trial court is not clearly erroneous. An extended opinion would have no precedential value. The parties have been furnished with a memoran-dum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).